GEORGE C. JENKS, as Administrator of the Estate of AMY V. JENKS, Deceased, Respondent, *v.* VEEDER CONTRACTING COMPANY, INC., et al., Appellants.

Argued April 7, 1943; decided May 27, 1943.

*John J. Connors, Jr.,* for appellants.

*Oscar J. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.